

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00116-CR

### IN RE CHRISTIAN ESQUIVEL

### Original Proceeding

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 30,367

## MEMORANDUM OPINION

In this original proceeding, Relator Christian Esquivel seeks mandamus relief in the form of compelling the Respondent trial judge to hear and rule on his motion and amended motion for judgment nunc pro tunc.

A court with mandamus authority "will grant mandamus relief if relator can demonstrate that the act sought to be compelled is purely 'ministerial' and that relator has no other adequate legal remedy." *In re Piper*, 105 S.W.3d 107, 109 (Tex. App.—Waco 2003, orig. proceeding) (quoting *State ex rel. Rosenthal v. Poe*, 98 S.W.3d 194, 197–99 (Tex. Crim. App. 2003) (orig. proceeding)). Consideration of a motion properly filed and before the trial court is ministerial. *State ex rel. Hill v. Court of Appeals for Fifth Dist.*, 34

S.W.3d 924, 927 (Tex. Crim. App. 2001) (orig. proceeding). A trial judge has a reasonable time to perform the ministerial duty of considering and ruling on a motion properly filed and before the judge. *In re Chavez*, 62 S.W.3d 225, 228 (Tex. App.—Amarillo 2001, orig. proceeding). But that duty generally does not arise until the movant has brought the motion to the trial judge's attention, and mandamus will not lie unless the movant makes such a showing, and the trial judge then fails or refuses to rule within a reasonable time. *In re Rangel*, 570 S.W.3d 968, 969 (Tex. App.—Waco 2019, orig. proceeding); *see Chavez*, 62 S.W.3d at 228.

Esquivel bears the burden of providing this Court with a sufficient record to establish his right to mandamus relief. *See Rangel*, 570 S.W.3d at 969; *In re Blakeney*, 254 S.W.3d 659, 661 (Tex. App.—Texarkana 2008, orig. proceeding). The record here does not show that Esquivel has requested a hearing or ruling on either of the motions in question or that the trial judge has then failed or refused to rule within a reasonable time. Accordingly, we deny Esquivel's petition for writ of mandamus.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
(Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed May 9, 2024
Do not publish
[OT06]

